UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Joel H. Harrison,

Plaintiff

v. C.A. No. 03-75S

MBNA America Bank, N.A.,
Trans Union, LLC,
Experian Information Solutions,
Inc., and Equifax Information
Services, LLC,

Defendants

**SCHEDULING ORDER**

This case shall be placed on the trial calendar for September 2005. The parties shall file pretrial memoranda on or before August 18, 2005 which shall contain the following information:

A.(1) Plaintiff will set forth what is expected to be proven in support of the claim, indicating each witness to testify with a brief summary of his/her testimony and a statement as to whether that witness will testify as an expert.

A.(2) Defendant will set forth what is expected to be proven in defense, indicating each witness to testify with a brief summary of his/her testimony and a statement as to whether that witness will testify as an expert.

B. A memorandum of supporting law with citations of authorities. This is to include all the law applicable to the case with emphasis on special legal issues. All pertinent citations must be fully briefed.

C. A list of all exhibits intended to be offered at the trial with statements of the purpose for which the exhibit is offered. All such exhibits must be pre-marked by the plaintiff in numerical order and by defendant in alphabetical order.

D. Anticipated motions in limine and proposed date for filing of same.

E. If said captioned case is to be tried before a jury, full and complete proposed jury instructions.

F. A statement as to probable length of trial.

G. Any additional matter which counsel feel will aid the Court in the disposition and/or hearing of said action.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 7/20/05