UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOEL H. HARRISON,<br>Plaintiff,<br>vs.<br><br>MBNA AMERICA BANK, N.A.,<br>TRANS UNION, LLC,<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>and EQUIFAX INFORMATION SERVICES LLC,<br>Defendants. | C.A. No. 03-075-S |

**ASSENTED TO MOTION FOR EIGHT DAY EXTENSION OF TIME TO FILE PRETRIAL MEMORANDA**

Now come Defendant MBNA America Bank, N.A. ("MBNA"), and hereby file this assented to motion for an eight (8) day extension of time to file pretrial memoranda in this matter. In support of this Motion, MBNA:

1. Pursuant to the Court's Scheduling Order, pretrial memoranda are due on August 18, 2005.

2. Pursuant to Notice of Settlement Conference and Settlement Conference Order, a settlement conference will be held on August 22, 2005 before Magistrate Judge Lincoln D. Almond.

3. Lead counsel for MBNA, William M. Dolan III, is currently preparing for a trial that has a date certain of August 15. The trial is expected to last from August 15 to August 19.

4. In addition, given that there is a Settlement Conference scheduled for August 22, 2005, an extension of time will give the parties the opportunity to engage in settlement discussions without expending the considerable resources required to complete the pretrial memoranda.

5. The undersigned counsel has conferred with Plaintiff's local counsel who agrees with the requested additional time.

Wherefore, MBNA respectfully requests that this Court grant this Motion and allow Plaintiff and MBNA until August 26, 2004 to file pretrial memoranda and order such other relief as this Court may deem just and proper.

Date: August 5th, 2004

**MBNA AMERICA BANK, N.A.**

By its Attorneys,

William M. Dolan III (#4524)
**BROWN RUDNICK BERLACK ISRAELS LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

Angel Taveras (#5552) WMD
**CORLEY TAVERAS & PETRARCA, LLP**
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August 2005, I served a true copy of the within by Assented To Motion For Eight Day Extension Of Time To File Pretrial Memoranda, first class mail, postage prepaid, upon the following parties:

| | |
|---|---|
| Christopher Lefebvre, Esq. | Leonard A. Bennett, Esq. |