**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JOEL H. HARRISON,

Plaintiff

v. CA 03-075 -S

MBNA AMERICA BANK, N.A.;

Defendant.

**PLAINTIFF'S PROPOSED VOIR DIRE AND STATEMENT OF THE CASE**

Now comes the Plaintiff, by counsel and for his Proposed Voir Dire and Statement of the Case, he states as follows:

**PROPOSED VOIR DIRE**

In addition to general biographical information, plaintiff requests that the Court pose the following questions to the jury during *voir dire*:

1. Have you or any member of your family ever worked for a credit card company, bank or mortgage company? Please explain.

2. Has anyone ever had a job that involved providing information to credit reporting agencies?

3. Has anyone worked for any credit reporting company?

4. Does anyone believe there is too much government regulation of businesses?

5. Does anyone feel that a large corporation is subject to lower level of accountability due to its size or the volume of transactions?

6. If you find that defendant violated the Fair Credit Reporting Act, is there anyone that

is unwilling to consider awarding damages to plaintiff?

7. If you find that defendant willfully violated the Fair Credit Reporting Act, is there anyone that is unwilling to consider awarding punitive damages against defendant?

8. Has anyone ever had a dispute or other problem with a credit card company?

9. Does anyone here have a MBNA credit card company?

10. Has anyone ever been a party in a civil lawsuit?

11. Have any of you or anyone you know opened and used a credit card account without ever signing anything for that account?

12. Do any of you harbor any reservations about a plaintiff being able to come in to a federal court and seek relief if he feels that he has been damaged by the actions of the credit card company?

13. Has anyone ever made a dispute to a credit reporting agency?

14. Has anyone ever made a dispute to a credit card company?

15. Has anyone ever been accused of owing on a debt which they never opened or incurred?

16. [PRIVATE] Has anyone ever been through a divorce?

17. Has anyone ever been forced to pay the debts of another person?

18. Does anyone feel that a married person cannot have debts in their own name without them also becoming the responsibility of the other spouse?

**STATEMENT OF THE CASE**

The incident that give rise to this case, ladies and gentlemen, occurred as follows:

The Plaintiff, Joel Harrison, is suing the Defendant, MBNA, alleging that the defendant

negligently and willfully violated the Fair Credit Reporting Act, 15 U.S.C. section 1681. The defendant, MBNA, is a credit card company. The plaintiff, Mr. Harrison, is a consumer who MBNA alleges held a credit card account along with his ex-wife. MBNA purchased the account from Citizens Bank. It does not have any application or card member agreement signed by Mr. Harrison. The plaintiff alleges that this credit card was opened by and issued to his ex-wife, Sharon Harrison. MBNA claims the Mr. Harrison is the maker of the account.

Sharon Harrison filed for bankruptcy protection on September 5, 2002. At that point MBNA turned to the plaintiff to collect the debt that had accumulated on the credit card. Because the defendant considered the account to be owned solely by the plaintiff after his ex-wife filed for bankruptcy, the delinquency was reflected on the plaintiff's consumer credit reports.

Beginning in November of 2002, the Plaintiff made multiple disputes of the MBNA account to the three national consumer reporting agencies, Experian, Equifax and TransUnion, that he was disputing the identity and balance on the MBNA account. The plaintiff claims that the defendant violated the Fair Credit Reporting Act because he claims that after receiving such notices the defendant failed to review all of the information provided by the consumer reporting agencies, failed to investigate the plaintiff's disputes, and failed to accurately report back to the agencies the result of its investigation.

The defendant denies that it violated any provisions of the Fair Credit Reporting Act. MBNA claims that Mr. Harrison is responsible to pay its account. The defendant also claims that it reviewed all of the information provided by the consumer reporting agencies, investigated the plaintiff's disputes, and reported back to those agencies the results of its investigation. And you will find that the act itself says what the defendant is required to do and the information that it

consider in reviewing its actions.

Now, the plaintiff claims that as a result of the actions of MBNA that he has suffered damages, that his credit rating was such that he was denied credit, had to pay higher rates for loans and that sort of thing, and he also claims that he suffered recoverable embarrassment, humiliation, frustration and other distress. The Plaintiff claims that since MBNA willfully did these things, it should be liable for punitive damages.

Respectfully submitted,

JOEL H. HARRISON,

By____________________

CHRISTOPHER LEFEBVRE, *Esq.*
Law Office of Claude Lefebvre & Sons
P. O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 facsimile

LEONARD A. BENNETT, *Esq,, Pro Hac Vice*
Leonard A. Bennett, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
(757) 930-3660
(757) 930-3662 facsimile
Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOEL H. HARRISON, Plaintiff, | ) ) ) | C.A. No: 03-075S |
| v. | ) ) | |
| MBNA AMERICA BANK, N.A. Defendant. | ) ) | |

**CERTIFICATION**

I hereby certify that on this 26th day of August 2005, I served a true copy of the within Voir Dire Questions and Statement of Case For Jury via facsimile and first class mail, postage prepaid, upon the following parties:

William M. Dolan Esquire.
BROWN RUDNICK BERLACK ISRAELS LLP
121 South Main Street
Providence, RI 02903

Angel Taveras Esquire
Corley, Taveras & Petrarca
127 Dorrance Street
2nd Floor
Providence, R.I. 02903