RECEIVED
OCT 04 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOEL H. HARRISON,
Plaintiff,
vs.

MBNA AMERICA BANK, N.A.,
TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and EQUIFAX INFORMATION SERVICES LLC,
Defendants.

C.A. No. 03-075-S

**STIPULATION OF DISMISSAL**

The parties, by and through their undersigned counsel, hereby agree and stipulate that all claims and causes of action in the above-entitled action, may be dismissed with prejudice, no interest, no costs.

**JOEL H. HARRISON**

By his Attorneys,

10/3/05

Christopher M. Lefebvre (#4019)
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 Fax

**MBNA AMERICA BANK, N.A.**

By its Attorneys,

William M. Dolan III / AT signed with permission 10/4/05

William M. Dolan III (#4524)
BROWN RUDNICK BERLACK ISRAELS LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

10/4/05

Angel Taveras (#5552)
CORLEY TAVERAS & PETRARCA, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 10/5/05

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of Ocotber 2005, I served a true copy of the within Stipulation of Dismissal, by first class mail, postage prepaid, upon the following parties:

| | |
|---|---|
| Christopher Lefebvre, Esq.<br>Law Offices of Claude Lefebvre & Sons<br>P.O. Box 479<br>Pawtucket, RI 02862 | Leonard A. Bennett, Esq.<br>Leonard A. Bennett, P.C.<br>12515 Warwick Blvd., Suite 201<br>Newport News, VA 23606 |

[signature]